ROBERT A. DOTSON
Nevada State Bar No. 5285
MEAD A. DIXON
Nevada State Bar No. 13860
DOTSON LAW
One East First Street
City Hall Tower, 16th Floor
Reno, Nevada 89501
Tel:   (775) 501-9400
Email: rdotson@dotsonlaw.legal
       mdixon@dotsonlaw.legal
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| WAYNE HOUSE, an individual, | Case No.: 2:18-cv-02290-JCM-NJK |
|---|---|
| Plaintiff, | **AMENDED STIPULATION TO EXTEND TIME FOR DEFENDANT WAYNE & KEN, LLC TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| WAYNE USA CO. LTD., a Chinese corporation; XIONGJUN YAN, a Chinese resident; YANG BAI DUAN a/k/a ARON DUAN, a Chinese resident; and WAYNE & KEN, LLC, a New York limited liability company, | **(First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant Wayne & Ken, LLC ("Wayne &Ken"), through its counsel, Dotson Law, and Plaintiff Wayne House, through his counsel of record, Bayramoglu Law Offices LLC, hereby stipulate to extend the time for Wayne & Ken to file a response to Wayne House's Complaint. This extension of time is necessary due to the fact that Dotson Law was just very recently retained and it therefore needs this time to obtain information and to work with its client to understand the case and develop strategy prior to filing a responsive pleading. Specifically, these parties agree that Wayne & Ken shall have through and including Tuesday, January 15, 2019 to respond to Wayne House's Complaint.

///

///

This stipulation shall not constitute an appearance by Wayne & Ken, nor does Wayne & Ken waive its right to dispute venue or jurisdiction. This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for extension of time has been made.

Dated this 9th day of January, 2019

BAYRAMOGLU LAW OFFICES LLC

/s/ NIHAT DENIZ BAYRAMOGLU
NIHAT DENIZ BAYRAMOGLU
Nevada State Bar No. 14030
1540 West Warm Springs Road Suite 100
Henderson, Nevada 89014
(702) 462-5973
(702) 553-3404 (facsimile)
*Attorney for Plaintiff Wayne House*

Dated this 9th day of January, 2019

DOTSON LAW

/s/ ROBERT A. DOTSON
ROBERT A. DOTSON
Nevada State Bar No. 5285
MEAD A. DIXON
Nevada State Bar No. 13860
One East First Street
City Hall Tower, 16th Floor
Reno, Nevada 89501
(775) 501-9400
*Attorneys for Wayne & Ken LLC*

IT IS SO ORDERED

DATED January 10, 2019

_____
United States Magistrate Judge