# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE HOUSE,<br>    Plaintiff(s),<br>v.<br>WAYNE USA CO. LTD., et al.,<br>    Defendant(s). | Case No.: 2:18-cv-02290-JCM-NJK<br>**Order**<br>[Docket No. 30] |

Pending before the Court is a motion to extend the deadline for filing a discovery plan. Docket No. 30. Any response shall be filed by March 25, 2019, and any reply shall be filed by March 26, 2019.

IT IS SO ORDERED.

Dated: March 21, 2019

Nancy J. Koppe
United States Magistrate Judge